

No. 15–0462/MC.  U.S. v. Michael A. Arnold.  CCA 201200382.  Appellant's motion to correct the joint appendix is granted.

No. 15–0493/AR.  U.S. v. Rodney S. Nelson.  CCA 446858.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 8, 2015.

No. 15–0510/MC.  U.S. v. Monifa J. Sterling.  CCA 201400150.  On consideration of the motion filed by Paul D. Clement, Esq., George W. Hicks, Jr., Esq., and Hiram S. Sasser, Esq., to appear pro hac vice, it is ordered that said motion is hereby granted.

Thursday, May 7, 2015

No. 15–0426/AR.  U.S. v. Richard A. Gifford.  CCA 20120545.  On consideration of the petition for grant of review of the decision of the United States Army Court of